**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| John Petron,<br><br>Plaintiff,<br><br>v.<br><br>Beuning Ag Service,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | State District File No. CX-00-96<br>Federal District File No. 00 CV 452 JRT/RLE<br><br>**ORDER FOR REMAND** |

The above matter came on before the undersigned on the stipulation of the parties to remand to State District Court. The Plaintiff has stipulated that he is not seeking damages in excess of Seventy-Five Thousand Dollars ($75,000), and thus the jurisdictional amount is not satisfied.

The Court does not find that the initial removal was in bad faith.

Based upon the Stipulation to Remand to State Court by the parties herein, this Court therefore orders that this case be remanded to the District Court for the State of Minnesota.

DATED: Mar. 28, 2000.

BY THE COURT:

John R. Tunheim
The Honorable John R. Tunheim

M2:20300888.01

FILED MAR 28 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| John Petron,<br><br>Plaintiff,<br><br>v.<br><br>Beuning Ag Service,<br><br>Defendant. | State District File No. CX-00-96<br>Federal District File No. 00 CV 452 JRT/RLE<br><br>**STIPULATION TO REMAND TO STATE DISTRICT COURT** |

1. The above entitled matter was commenced in State District Court by service of the Summons and Complaint upon the Defendant on February 9th, 2000.

2. Defendant's, through their attorneys, Anne Marie Hanrahan and Brenda Erickson, removed the matter to United States District Court, District of Minnesota based upon diversity of citizenship and an amount in controversy in excess of $75,000.

3. Prior to submission of an answer, the Complaint was amended by the Plaintiff requesting a judgment in excess of $50,000 but less than $75,000.

4. The Plaintiff also filed a Notice of Amendment of Complaint, Stipulation to Recover Less Than $75,000 and Remand to State District Court.

Based upon the above, the parties hereby agree that the matter should be remanded to the State District Court, County of Todd, State of Minnesota.

The above parties through their attorneys, hereby agree to remand the above entitled matter to State District Court.

Dated: March 10 2000

Thomas H. Sellnow (#127760)
Attorney for Plaintiff
SELLNOW LAW OFFICE
229 Central Avenue
Long Prairie, MN 56347
(320) 732-1919

Dated: March 15, 2000

Anne Marie Hanrahan (#193446)
Brenda R. Erickson (#29391X)
Attorneys for Defendant
FAEGRE AND BENSON LLP
2200 Norwest Center
90 South Seventh Street
Minneapolis, MN 55420-3901
(612) 336-3000